✎AO 245S  Modified   (Rev. 10/08) Judgment in a Revocation Case

# UNITED STATES DISTRICT COURT

**SOUTHERN** District of **INDIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ***JUDGMENT IN A VIOLATION HEARING*** |
| V. | *Modification of Supervision Only* |
| STEVEN G. RODEN | *(For Offenses Committed On or After November 1, 1987)* |

Case Number: 2:09CR00021-002

Mark Foster
Defendant's Attorney

## DISPOSITION OF PROBATION / SUPERVISED RELEASE VIOLATION HEARING

**THE DEFENDANT:**

**X**  was adjudged guilty of Violation Number(s)   1, 2, and 3
     and special condition(s) _____

Accordingly, the defendant is adjudged guilty of such charge(s), which involve the following:

| **Violation Number(s)** | **Nature of Violation** | **Date(s)** |
|---|---|---|
| 1, 2, and 3 | Possession / Use of Methamphetamine | 1/29/13, 2/1/13 |

The defendant's probation/supervised release is modified as provided in pages 1 through 2 of this Judgment, pursuant to the Sentencing Reform Act of 1984 and Title 18 U.S.C.§ 3563(c) or 3583(e).

☐  The defendant has been found not guilty of violation of condition(s) _____
    and special condition(s) _____

☐  Charge(s) _____ is/are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Last Four Digits of Defendant's Soc. Sec. No.:   4259

Defendant's Year of Birth:   1977

City and State of Defendant's Residence:
Evansville, IN

4/2/2013
Date of Imposition of Judgment

*[signature]*

RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

4/16/2013
Date

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By *[signature]* Nina M. Dale
Deputy Clerk

AO 245S   (Rev. 01/94) Judgment in a Revocation Case
         Sheet 2

Judgment—Page 2 of 2

DEFENDANT:     STEVEN G. RODEN
CASE NUMBER:   2:09CR00021-002

Accordingly, the defendant is adjudged guilty of such charge(s), which involve the following:

| **Violation Number** | **Nature of Violation** | **Date(s)** |
|---|---|---|
| | | |

The Court finds, after a hearing upon notification by the probation officer, the offender is in violation of the conditions of release as set forth in this Judgment order and modifies the terms/conditions as follows:

The defendant shall reside for a period of up to 12 months at a Residential Reentry Center (RRC), specifically, Volunteers of America in Evansville, IN, as directed by the probation officer and shall observe the rules of that facility.